UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEANDRE ARNOLD,

       *Plaintiff*,

  v.

SCOTT HARRIS,

       *Defendant*.

Civil Action No. 25 - 4534 (UNA)

**MEMORANDUM OPINION**

    Plaintiff Deandre Arnold, proceeding pro se, has filed this action against Scott Harris, the Clerk of the U.S. Supreme Court, in his official capacity, ECF No. 1, and he seeks leave to proceed *in forma pauperis*, ECF No. 2. Mr. Arnold alleges that Mr. Harris has refused to allow him to file a petition for a writ of mandamus and a bill of complaint in the Supreme Court. ECF No. 1, at 2-3. Mr. Arnold seeks declaratory relief stating that he may file original actions in the Supreme Court, along with an order directing Mr. Harris's office to docket his pleadings. *Id.* at 9.

    This court lacks jurisdiction to grant the declaratory relief that Mr. Arnold seeks and to compel the Supreme Court or its Clerk's Office to act. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir. 1992) (per curiam) (affirming the district court's *sua sponte* dismissal of an action seeking mandamus and declaratory relief against the Clerk of the U.S. Supreme Court for rejecting filings); *see also Santoyo v. Sup. Ct. of U.S.*, No. 25-5012, 2025 WL 2955008, at *1 (D.C. Cir. Oct. 20, 2025) (per curiam) ("The district court correctly concluded that it lacks authority to compel the Supreme Court or its Clerk's Office to take any action."); *Windsor v. Harris*, No. 24-5138, 2025 WL 560870, at *1 (D.C. Cir. Feb. 20, 2025) (per curiam) (same); *Panko v.*

*Kodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979), *cert. denied*, 444 U.S. 1081 (1980) ("[I]t seems axiomatic that a lower court may not order the judges or officers of a higher court to take an action.").

For the foregoing reasons, the court will grant Mr. Arnold's Motion for Leave to Proceed *in Forma Pauperis*, ECF No. 2, and dismiss the case without prejudice for lack of subject matter jurisdiction. A contemporaneous order will issue.

_____
LOREN L. ALIKHAN
United States District Judge

Date: February 11, 2026